O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-2967-AHM (JWJx) | Date | June 9, 2008 |
|---|---|---|---|
| Title | CONTEMPORARY SERVICES CORPORATION, et al. v. LORI JO HARTMAN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Stacy Lauren Herberg | Brian C. Sinclair | |

**Proceedings:** DEFENDANT LORI JO HARTMAN'S MOTION TO DISMISS PURSUANT TO Fed.R.Civ.P. 12(b)(6).  [4]

Cause called; appearances made.

Court circulates tentative order without oral argument.  The parties submit on the papers and the Court grants in part and denies in part defendant's Motion to Dismiss [4]. Any amended complaint must be filed by not later than June 19, 2008.

|  | : | 02 |
|---|---|---|
| | Initials of Preparer | SMO |